IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMANDA U. AJULUCHUKU,

        Plaintiff,

v.

WASHINGINGTON MUTUAL
INCORPORATED,

        Defendant.

CIVIL ACTION NO.
1:05-CV-02955-JEC

### ORDER

This case was filed on November 17, 2005 by plaintiff. Acting *pro se*, plaintiff is a frequent filer of suits against corporate entities in this country. She has pending in this Court approximately 30 suits filed within the last year. Motions to dismiss these suits or recommendations by the magistrate judge to dismiss them are pending before this Court. According to pleadings from opposing counsel, she has filed over 160 suits around the nation, which suits counsel characterize as being frivolous.

This date, the Court issued a stay of litigation in another case filed by plaintiff. *See Ajuluchuku v. Sun Banks, Inc.*, 1:05-CV-2955-JEC. The Order staying the litigation was prompted by a letter from opposing counsel reciting inappropriate conduct by the plaintiff. Previously, in another action, *Ajuluchuku v. National Distributing*

*Co.*, 1:05-CV-0446-JEC, this Court was forced to issue a restraining order against plaintiff, because plaintiff had engaged in highly inappropriate and disturbing conduct, the most dramatic being that she had shown up at the home of the parents of opposing counsel.

Given plaintiff's continuing inappropriate and harassing conduct, the Court **STAYS** this litigation until further Order. Plaintiff is directed to have no contact--written, physical, telephonic, computer, email, or otherwise--with opposing counsel in this action.

SO ORDERED, this 16 day of December, 2005.

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE